IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.: 0912724  NE22 |
|                                     Plaintiff,         ) |         8:12CB6 |
| vs.                                                   ) | ORDER |
| LEROY SMITH,                                ) | |
|                                    Defendant.      ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until August 28, 2012, in which to pay the collateral amount due of $125.00.  The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on August 28, 2012 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to Leroy Smith at his address of 727 Bluff Street, Council Bluffs, Iowa 51503.

DATED this 8th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge